UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TANYA P. ACQUISTO and GRANT
MILL ROAD REDEMPTION
COMPANY,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

C. A. No. 17-347-JJM-LDA

## ORDER

This case involves a claim that the defendant mortgagee breached its contract by failing to give proper pre-acceleration notice to the mortgagor. There are a number of deficiencies in the complaint requiring the Court to GRANT Defendant's Motion to Dismiss.

First, Plaintiff Grant Mill Road Redemption has no standing to bring a breach of contract claim against Wells Fargo with whom it had no contract.

Second, Plaintiff Tanya P. Acquisto fails to allege plausible facts that establish a breach of the notice required by the mortgage, in particular paragraph 22. The acceleration letter sent by the mortgagee (ECF No. 11-4), which this Court can consider because its authenticity is unchallenged and it in effect merged into the pleadings (*Young v. Lepone*, 305 F.3d 1, 11 (1st Cir. 2002)), established that Wells

Fargo strictly complied with the notice requirements under the mortgage. Therefore, Plaintiff fails to state a plausible claim upon which relief can be granted.

The Court GRANTS Defendant's Motion to Dismiss (ECF No. 11).

IT IS SO ORDERED.

John J. McConnell, Jr.
United States District Judge

March 21, 2018